IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TRAVIS M. "BUTCH" BASSIE and
CINDY BASSIE                                                                                                                                      PLAINTIFFS

V.                                                             CIVIL ACTION NO. 4:11cv22-WAP-JMV

FEDERAL DEPOSIT INSURANCE
CORPORATION, IN ITS CAPACITY
AS RECEIVER FOR FIRST NATIONAL
BANK ROSEDALE                                                                                            DEFENDANTS

**AGREED ORDER ENLARGING TIME
IN WHICH TO SERVE DISCOVERY RESPONSES**

THIS MATTER IS BEFORE THE COURT on the Joint *Ore Tenus* Motion of the parties to enlarge the time in which each party should respond to discovery requests propounded by the other. Finding that a Settlement Conference in this matter is scheduled for December 13, 2011, and further finding that the parties wish to hold in abeyance their respective obligations to respond to discovery until after such time as the Settlement Conference has been concluded, the Court finds the parties' joint request to be well-taken and hereby grants the requested relief.

IT IS THEREFORE ORDERED AND ADJUDGED that the obligation of the Defendants to answer the discovery propounded by Plaintiffs, including the Requests for Admission served by Plaintiff pursuant to F.R.C.P. 34, is hereby suspended and held in abeyance for a period of thirty (30) days following the Settlement Conference set in this cause, with such answers to be due no later than January 12, 2012. In addition, the Plaintiffs' obligation to respond to discovery propounded by the Defendants is hereby suspended and enlarged until January 31, 2012.

IT IS FURTHER ORDERED that the parties are hereby reserved of the right to seek additional time to complete oral discovery and such other discovery as may be necessary, and to have the scheduling order amended accordingly.

Dated, this the 28th day of November, 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

  /s/ Chad J. Hammons
Chad J. Hammons (MSB No. 10419)
JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
190 E. Capitol St., Ste. 800 (39201)
Post Office Box 427
Jackson, Mississippi  39205
Telephone:  (601) 949-4975
Facsimile:  (601) 949-4804


AGREED AND APPROVED:


  /s/ George R. Fair
George R. Fair, Esq. (MSB No. 5118)
Watkins & Eager
P. O. Box 650
Jackson, Mississippi  39205
Telephone:  (601) 965-1900
Facsimile:  (601) 965-1901