## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**TRAVIS M. "BUTCH" BASSIE and**
**CINDY BASSIE**                                                    **PLAINTIFFS**

**V.**                                   **CIVIL ACTION NO. 4:11cv22-WAP-JMV**

**FEDERAL DEPOSIT INSURANCE**
**CORPORATION, IN ITS CAPACITY**
**AS RECEIVER FOR FIRST NATIONAL**
**BANK ROSEDALE**                                                  **DEFENDANTS**

### AGREED ORDER AMENDING CASE MANAGEMENT ORDER [Dkt. #21]

THIS MATTER CAME ON BEFORE THE COURT pursuant to the joint requests of the parties at the Settlement Conference held in this Court on Tuesday, December 13, 2011.  Having been advised by the parties that written discovery remains outstanding, and having been further advised by the parties that additional discovery measures may be necessary, the Court finds that good cause exists for amending the Case Management Order **[Dkt. #21]** and the Agreed Order Enlarging Time in which to Serve Discovery Responses **[Dkt. #32]** previously entered in this cause.

IT IS THEREFORE ORDERED that the Case Management Order **[Dkt. #21]** and the Agreed Order Enlarging Time in which to Serve Discovery Responses **[Dkt. #32]** entered in this cause are hereby amended as follows:

1. The deadline for the defendant to answer the discovery propounded by the plaintiffs, including requests for admission submitted pursuant to F.R.C.P. 34, as provided in the Agreed Order Enlarging Time in which to Serve Discovery Responses **[Dkt. #32]** is extended until January 27, 2012.

2. The deadline for the plaintiffs to answer the discovery propounded by the defendant, as provided in the Agreed Order Enlarging Time in which to Serve Discovery Responses **[Dkt. #32]** is extended until February 15, 2012.

3. The deadline for the parties to complete all written and oral discovery is hereby extended until March 23, 2012. All written discovery instruments shall be served in advance of this deadline, so as to allow sufficient time for responses.

4. The deadlines for designation of expert witnesses are hereby amended as follows:

   (a)   Plaintiff shall designate his expert witnesses on or before February 1, 2012.

   (b)   Defendant shall designate its expert witnesses on or before March 1, 2012.

5. The deadline for filing all dispositive motions and *Daubert* motions is hereby extended until April 6, 2012.

6. All other deadlines identified in the original Case Management Order **[Dkt. #21]** shall remain unaffected by the terms of this Order

   SO ORDERED this the 28th day of December, 2011.


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE


PRESENTED BY:

__/s/ Chad J. Hammons_____
Chad J. Hammons (MSB No. 10419)
JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
Post Office Box 427
Jackson, Mississippi 39205
Telephone: (601) 949-4975
Facsimile: (601) 949-4804


AGREED AND APPROVED:

4186819.1/19888.36908

\_/s/ George R. Fair_____
George R. Fair, Esq. (MSB No. 5118)
WATKINS & EAGER
Post Office Box 650
Jackson, MS  39205
Telephone:  (601) 965-1900
Facsimile:  (601) 965-1901

4186819.1/19888.36908